UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alexander Gomez,<br><br>                Plaintiff,<br><br>      -against-<br><br>Miles Construction Co.,<br><br>              Defendant. | 25-CV-8986 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      As the Court has approved the parties' consent to jurisdiction by a Magistrate Judge, the initial pretrial conference scheduled for January 20, 2026 is hereby CANCELLED.

      SO ORDERED.

Dated: January 15, 2026
      New York, New York

                                    ARUN SUBRAMANIAN
                               United States District Judge